

RECEIVED
[FILED]

MAR 7  2 ⊥ PM '14

U.S. BANKRUPTCY COURT
MARY A. [illegible] — CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                                  Case No.: 13-19094-LED
                                                        Chapter: 7

MANOLO MUÑOZ

    Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

    ___ Voluntary Petition (specify reason for amendment)
    ___ Summary of Schedules
    ___ Statistical Summary of Certain Liabilities
    ___ Schedule A - Real Property
    ___ Schedule B - Personal Property
    _X_ Schedule C - Property Claimed as exempt
    ___ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
         ___ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
         ___ Add/change address of already listed creditor - No fee
    ___ Schedule G - Executory Contracts and Unexpired Leases
    ___ Schedule H - CoDebtors
    ___ Schedule I - Current Income of Individual Debtor(s)
    ___ Schedule J - Current Expenditures of Individual Debtor(s)
    ___ Declaration Concerning Debtor's Schedules
    ___ Statement of Financial Affairs and/or Declaration
    ___ Chapter 7 Individual Debtor's Statement of Intention
    ___ Disclosure of Compensation of Attorney for Debtor(s)
    ___ Statement of Current Monthly Income and Means Test Calculation
    ___ Certification of Credit Counseling
    ___ Other:

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 12/20/14          _____[signature]_____          _____
                              Debtor                         Joint Debtor

B 6C (Official Form 6C) (04/10)

In re  MANOLO MUNOZ                         ,         Case No.  13-19094
               Debtor                                                                               (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*    $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| INTERNAL REVENUE SERVICE | Nev. Rev. Stat. Ann. § 21.090 (1)(aa) | 2,155.23 | 2,155.23 |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*